THE PEOPLE EX REL. JOHN M. HOFFMAN V. THE CIRCUIT JUDGE OF ST. CLAIR CIRCUIT.

*New Trial in Ejectment—Comp. L. § 6238.*

The Michigan statute providing for new trials in ejectment (Comp. L. § 6238) applies only where a trial has been had, and not simply a non-suit.

Setting aside a non-suit is discretionary with the court.

MANDAMUS to compel the court below to grant a new trial in ejectment. Submitted June 19. Decided June 19.

*George P. Voorheis* for the motion.

*W. T. Mitchell* against.

PER CURIAM. This is a motion for a mandamus to compel the circuit judge to grant an order for a new trial as a matter of right under the statute in an action of ejectment. It appears, however, that there has been no trial at all, but only a non-suit. An application to set this aside would be addressed to the discretion of the court below; the statute has no reference to such a case. The statute intends to give the parties a second trial upon the facts; and a case is only brought within it where it appears that one trial has already been had. Comp. L., § 6238.

Motion denied.